UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VINCENT D. LEE,<br>    Plaintiff,<br><br>-v-<br><br>STATE OF MICHIGAN, et al.,<br>    Defendants. | No. 1:13-cv-581<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having dismissed all pending claims, as required by Federal Rule of Civil Procedure 58, **JUDGMENT** enters in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  November 6, 2013                /s/ Paul L. Maloney
                                       Paul L. Maloney
                                       Chief United States District Judge